IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                                         CAUSE NUMBER: 4:24-cr-120-SA-JMV

DERRICK COOPER                                                         DEFENDANT

### ORDER DENYING MOTION FOR BOND

This matter came before the Court on Defendant's Motion for Bond, docket number [10]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending disposition by United States District Judge Sharion Aycock.

SO ORDERED, this the 24th day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE